# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § § | CRIMINAL NO. H-10-459-002 & H-07-275; 10-459-004; 10-459-005 & 15-464; 10-459-006 |
| **Jose Alberto Bolanos-Garza; Jose Fuentes; Patricia Holguin; And Mauricio Mercado, Defendants** | § § § § | |

Request for Extension of Time-PSI Report

The above listed PSI reports are set for disclosure on September 15, 2021The United States requests that the disclosure dates be reset. The defendants listed above are co-defendants to Wilmar Rene Duran-Gomez and Efrain Rodriguez-Mendoza which are still pending disposition. The Government prefers not to release the investigative material until the trial is finalized.

A new suggested disclosure date is September 12, 2022

The sentencing date will need to be reset.

The new sentencing date is _____.

Respectfully Submitted,
/s *Jill Jenkins Stotts*
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Government's Request for Extension of Time-PSI Report was sent via electronic means to the defendant's attorneys on this the 10th day of September, 2021.

s/ *Jill Jenkins Stotts*
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-10-459-002 & |
| | § | H-07-275; 10-459-004; 10-459-005 |
| | § | & 15-464; 10-459-006 |
| Jose Alberto Bolanos-Garza; | § | |
| Jose Fuentes; Patricia Holguin; | § | |
| And Mauricio Mercado, | § | |
| Defendants | § | |

### ORDER RESETTING SENTENCING

At the request of the United States, the disclosure date of the Defendant is hereby reset.

1. The Pre-Sentence Report (PSR) will be disclosed to counsel _____.

2. Counsel will file objections or a statement or no objection within 14 days after disclosure.

3. The Probation Office will submit the final PSR with an addendum 7 days before sentencing.

4. The sentencing will need to be reset to _____


The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the_____ day of 2021, at Houston, Texas.

_____
HON. Kenneth M. Hoyt
United States District Judge