# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20211008-241
```
Jose Alberto Bolanos-Garza
Federal Detention Center
PO BOX 526255
Houston, TX US 77052-6255

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

OCT 18 2021

Nathan Ochsner, Clerk of Court

Date: Friday, October 8, 2021
Case Number: 4:10-cr-00459
Document Number: 682 (1 page)
Notice Number: 20211008-241
Notice: The attached order has been entered.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



U.S. POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
**FILED**
OCT 18 2021
Nathan Ochsner, Clerk of Court

# RETURN TO SENDER

☐ NO LONGER AT THIS ADDRESS
☐ NOT AUTHORIZED
☐ PLEASE FORWARD
☒ CAN NOT IDENTIFY INMATE NUMBER

UTF
77208>1010

NIXIE      773  DE 1        0010/17/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010    *0833-05524-12-4